• AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

DREYER'S GRAND ICE CREAM, INC.,

    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

JONAITIS DISTRIBUTORS, INC., d/b/a
CREAM CROCK DISTRIBUTORS,

    DEFENDANT

CASE



05cv11146 JLT

TO: (Name and address of Defendant)

JONAITIS DISTRIBUTORS, INC.
d/b/a CREAM CROCK DISTRIBUTORS
50 WORCHESTER ROAD
STERLING, MA  01564

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HOLLY M. POLGLASE
CAMPBELL CAMPBELL EDWARDS & CONROY
ONE CONSTITUTION PLAZA
BOSTON, MA  02129
617-241-3021

an answer to the complaint which is herewith served upon you, within  Twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



DATE  6-2-05

CLERK

(By) DEPUTY CLERK

# Affidavit of Process Server

USDC MA
(NAME OF COURT)

Dreyers Grand Ice Cream vs Jonaitis Distributors
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE NUMBER

FILED
S OFFICE
05 JUN -9 P 2:00
05 CV 11146 JLT

I, Robert Campbell, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Jonaitis Distributors
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons & Complaint

by leaving with Evellen Stickler, Mgr.                                                          At
NAME                                      RELATIONSHIP

☐ Residence _____  Sterling, Ma.
ADDRESS                                    CITY / STATE

☑ Business  50 Worcester Rd.               Sterling, Ma.
ADDRESS                                    CITY / STATE

On 6-7-2005                     AT 10:AM
DATE                               TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                   DATE
from _____
    CITY          STATE          ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☑ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ☐ Other _____

**Service Attempts:** Service was attempted on: (1)_____ _____ (2)_____ _____
                                                    DATE       TIME         DATE       TIME
(3)_____ _____ (4)_____ _____ (5)_____ _____
   DATE       TIME         DATE       TIME         DATE       TIME

**Description:.** Age____ Sex____ Race____ Height____ Weight____ Hair____ Beard____ Glasses____

SIGNATURE OF PROCESS SERVER