UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DREYER'S GRAND ICE CREAM, )
INC., a Delaware Corporation, )
                                              )
            Plaintiff, )
                                              )                 1:05-cv-11146-JLT
v. )
                                              )
JONAITIS DISTRIBUTORS, INC., )
a Massachusetts Corporation, d/b/a )
CREAM CROCK DISTRIBUTORS, )
                                              )
            Defendant. )
                                              )

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Pr. 41(a)(1), Plaintiff Dreyer's Grand Ice Cream, Inc. ("Dreyer's") voluntarily dismisses the above-captioned action before the Defendant has filed its answer. Dreyer's states that it has not previously dismissed an action based on or including the same claim in any court of the United Stated or of any state. Accordingly, Dreyer's requests that this Honorable Court enter this dismissal without prejudice.

DATED: October 21, 2005         Respectfully submitted,

                                            DREYER'S GRAND ICE CREAM, INC.

                                            By Its Attorneys,

                                            */s/ Holly M. Polglase*
                                            Holly M. Polglase (BBO# 553271)
                                            Nicholas B. Kosiavelon (BBO # 640629)
                                            Campbell Campbell Edwards & Conroy, P.C.
                                            One Constitution Center
                                            Boston, MA 02129
                                            (617) 241-3000